**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: John F Bulger | CASE NO.: 24–22650–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6211 | CHAPTER: 13 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

John F Bulger was dismissed from the case on February 14, 2025 .

Dated: February 14, 2025                                   Vito Genna
                                                          Clerk of the Court